| | |
|---|---|
| DISTRICT COURT, COUNTY OF WELD, STATE OF COLORADO<br><br>915 10th Street, Greeely, CO 80631 | DATE FILED: August 25, 2017 5:00 PM<br>FILING ID: A52C7337F5A3B<br>CASE NUMBER: 2017CV30670 |
| Plaintiff: LAWRENCE H. GORE,<br><br>v.<br><br>Defendants: TIMOTHY VANRAAY, individually and in the course and scope of his agency and/or employment with PLAINS MARKETING, L.P. and PLAINS MARKETING, L.P., individually. | ▲Court Use Only▲ |
| *Counsel for Plaintiff:*<br>Jordan Levine, No. 23877<br>Andrew J. Phillips, No. 40283<br>4500 Cherry Creek Drive South, Suite 400<br>Arapahoe, Colorado 80246<br>Phone Number: (303) 333-8000<br>Fax Number: (303) 333-8005<br>Emails: jordan@levlawllc.com<br>andrew@levlawllc.com | Case No.: 17-CV-<br><br>Courtroom: |
| **COMPLAINT** | |

**COMES NOW** Plaintiff, Lawrence H. Gore, by and through his counsel, Levine Law, LLC, and for his Complaint against Defendants, Timothy Vanraay and Plains Marketing, L.P., states and alleges as follows:

### INTRODUCTORY ALLEGATIONS

1. Plaintiff, Lawrence H. Gore, (hereinafter referred to as "Plaintiff" and/or "Plaintiff Gore") is an individual who at all times relevant hereto resided at 401 Stoney Avenue, Grover, Colorado 80729.

2. Defendant, Timothy Vanraay, (hereinafter referred to as "Defendant" and/or "Defendant Vanraay"), is an individual who at all times relevant hereto resided at 2683 Road 83, Potter, Nebraska 69156.

**EXHIBIT D**

3. Defendant, Plains Marketing, L.P., (hereinafter "Defendant Plains Marketing), is a foreign Texas corporation, authorized to do business in the State of Colorado, with a principal place of business located at 333 Clay Street, Suite 1600, Houston, Texas 77002. Defendant Plains Marketing also has an office located in Colorado at 530 1st Avenue, Greeley, CO 80631.

4. At all times relevant herein, Defendant Vanraay was in the course and scope of his agency and/or employment with Defendant Plains Marketing.

5. At the time of the accident set forth herein, Defendant Vanraay was driving a vehicle owned and insured by Defendant Plains Marketing.

6. Upon information and belief, Defendant Plains Marketing regularly transacts business in the State of Colorado including Weld County and Defendant Plains Marketing, L.P.'s Registered Agent is located in Weld County, Colorado.

7. This court has jurisdiction over the subject matter of this action and the parties hereto and venue is proper in the County of Weld as the location of the accident and Defendant Plains' Colorado office.

8. On January 8, 2017, Plaintiff was driving a 1999 Ford F350 truck and Defendant Vanraay was driving a 2014 Freightliner Coronado, which was owned by Defendant Plains Marketing, Plaintiff was traveling westbound on Weld County Road 390 and Defendant Vanraay was traveling eastbound on Weld County Road 390. Defendant Vanraay attempted to pass a vehicle in slow moving front of him, causing Defendant Vanraay's semi to strike Plaintiff's truck After impact Defendant Vanraay's truck came to rest on the right side of the roadway with its wheels facing south and Plaintiff's truck ran off of the side of the roadway before coming to a stop with its wheels facing east.

9. As a result of the collision, Plaintiff sustained severe injuries including, but not limited to, fractured ribs, collapsed lung, shattered jaw, broken arm, shoulder and forearm, broken wrist, left leg, knee and hip injuries, back and neck injuries, nerve injuries, pain, suffering, loss of enjoyment of life, emotional distress, and other injuries to be more fully set forth at trial.

10. As a result of the collision, Plaintiff's vehicle sustained severe damage to the entire vehicle and was totaled.

11. As a result of the collision, Defendants' vehicle sustained severe damage to the entire front end, hood and driver's side of the vehicle.

12. All damages to Plaintiff are in the past, present and future whether so specifically delineated in each paragraph or not.

13. Subject matter jurisdiction is proper in this Court as the probable amount of recovery exceeds the county court limitation pursuant to the Colorado Revised Statutes.

14. Personal jurisdiction is proper in this Court as Defendant Plains Marketing's Colorado address and the location of the accident are located in Weld County.

15. Venue is proper in this Court pursuant to C.R.C.P. 98(c), as Defendant Plains Marketing's Colorado address is located in Weld County

### FIRST CLAIM FOR RELIEF
### (Negligence – Defendant Vanraay)

16. Plaintiff incorporates herein all allegations contained in paragraphs 1 through 15 as though fully set forth herein.

17. Defendant Vanraay operated his vehicle in a reckless, careless and negligent manner, and did so in such a fashion as to suddenly and recklessly strike the front end of Plaintiff's truck, thereby causing injuries, damages and losses to Plaintiff.

18. As a direct, immediate and proximate result of Defendant Vanraay's negligent actions and/or omissions, Plaintiff has been damaged.

19. As a direct, immediate and proximate result of Defendant Vanraay's negligence as stated above, Plaintiff has sustained severe injuries, including, but not limited to, fractured ribs, collapsed lung, shattered jaw, broken arm, shoulder and forearm, broken wrist, left leg, knee and hip injuries, back and neck injuries, nerve injuries, pain, suffering, loss of enjoyment of life, emotional distress, and other injuries to be more fully set forth at trial.

20. As a direct, immediate and proximate result of Defendant Vanraay's negligence, Plaintiff has incurred and will continue to incur medical, therapeutic, hospital, and physician expenses.

21. As a direct, immediate and proximate result of Defendant Vanraay's negligence, Plaintiff has lost the ability to enjoy life as he did before the accident and has lost time.

22. As a direct, immediate and proximate result of Defendant Vanraay's negligence *per se*, Plaintiff has lost wages.

23. All damages to Plaintiff are in the past, present and future whether so specifically delineated in each paragraph or not.

24. Plaintiff, at all relevant times relative hereto, was not liable for comparative-contributory negligence and he has reasonably mitigated his damages.

WHEREFORE, Plaintiff prays for the relief set forth below.

### SECOND CLAIM FOR RELIEF
(Negligence *Per Se* – Defendant Vanraay)

25. Plaintiff incorporates herein all allegations contained in paragraphs 1 through 24 as though fully set forth herein.

26. Defendant Vanraay operated his vehicle in a reckless and careless manner, in violation of traffic laws of the State of Colorado including, but not limited to, C.R.S. §42-4-1402(2) "Careless Driving."

27. At the time of the collision at issue in this suit, the Colorado Revised Statutes specifically set forth in the preceding paragraph were in effect.

28. A violation of this code constitutes negligence *per se*.

29. As a direct, immediate and proximate result of Defendant Vanraay's negligence *per se*, Plaintiff has been damaged.

30. As a direct, immediate and proximate result of Defendant Vanraay's negligence *per se* as stated above, Plaintiff has sustained severe injuries, which injuries are of a permanent nature and which have caused Plaintiff great pain, suffering, discomfort and emotional distress and which will continue to cause Plaintiff great pain, suffering, discomfort and emotional distress.

31. As a direct, immediate and proximate result of Defendant Vanraay's negligence *per se*, Plaintiff has incurred and will continue to incur medical, therapeutic, hospital and physician expenses.

32. As a direct, immediate and proximate result of Defendant Vanraay's negligence *per se*, Plaintiff has lost the ability to enjoy life as he did before the accident and has lost time.

33. As a direct, immediate and proximate result of Defendant Vanraay's negligence *per se*, Plaintiff has lost wages.

34. All damages to Plaintiff are in the past, present and future whether so specifically delineated in each paragraph or not.

35. Plaintiff, at all relevant times relative hereto, was not liable for comparative-contributory negligence and he has reasonably mitigated his damages.

WHEREFORE, Plaintiff prays for the relief set forth below.

### THIRD CLAIM FOR RELIEF
### (*Respondeat Superior* – Defendant Plains Marketing)

36. Plaintiff incorporates herein all allegations contained in paragraphs 1 through 35 above as though fully set forth herein.

37. At all times material hereto, Defendant Vanraay, was an agent and/or employee of Defendant Plains Marketing, was acting within the course and scope of his employment at the time of the accident.

38. Defendant Plains Marketing is bound by the actions and/or omissions of Defendant Vanraay, and Defendant Plains Marketing is liable to Plaintiff for damages through the application of the Doctrine of *Respondeat Superior*.

39. As a direct, immediate and proximate result of the agent of Defendant Plains Marketing, Plaintiff has been damaged as identified above.

40. All damages to Plaintiff are in the past, present and future whether so specifically delineated in each paragraph or not.

41. The Plaintiff, at all relative times, is/was not liable for comparative-contributory negligence and he has reasonably mitigated his damages.

WHEREFORE, the Plaintiff prays for the relief set forth below.

### PRAYER FOR RELIEF

**WHEREFORE**, on account of the matters set forth in the claims for relief set forth above, Plaintiff Lawrence H. Gore prays for a judgment in his favor and against Defendants Timothy Vanraay and Plains Marketing, L.P. in an amount which will fully compensate him for his injuries and damages in the past, present and future, including for past, present and future medical expenses, for past, present and future pain and suffering, for personal injuries, for emotional distress, for loss of the ability to enjoy life as he did before the accident, permanent physical injuries and for other non-economic damages, for interest on such sums as is provided by law, for attorney's fees, expert witness fees, costs and for such other and further relief as to this Court appears proper in the premises.

Respectfully submitted this 25 day of August, 2017.

5

**Plaintiff's Address**:
36345 Weld County Road 120
Grover, CO 80729

LEVINE LAW, LLC

Signed original document maintained and available pursuant to Rule 121

/s/ *Andrew J. Phillips, Esq.*

Jordan S. Levine, No. 23877
Andrew J. Phillips, No. 40283
Attorneys for Plaintiff